## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Roanne L. Mann            **DATE :** 6/1/09

**DOCKET NUMBER:** 08CR747(CPS)            **LOG #:** 2:50 – 2:53

**DEFENDANT'S NAME :** Ehud Tenenbaum
  ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :** Paul Weinstein
  ___ Federal Defender    ___ CJA    ✓ Retained

**A.U.S.A:** Cristina Posa            **DEPUTY CLERK :**

**INTERPRETER :**                (Language)

___ Hearing held.    ___ Hearing adjourned to___

___ Defendant was released on___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

**X** At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___ Start___ Stop___

___ Order of Speedy Trial entered.   Code Type___ Start___ Stop___

**X** Defendant's first appearance.   **X** Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

**X** Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

**X** Status conference set for 6/11/09 @ 12PM before Judge Sifton

**OTHERS :**