

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2008R01530                   *271 Cadman Plaza East*
                                *Brooklyn, New York   11201*

July 29, 2009

<u>VIA ECF AND FEDEX</u>

Paul T. Weinstein, Esq.
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271
Tel. (212) 238-3090

   Re:  United States v. Ehud Tenenbaum
     <u>Criminal Docket No. 08-747 (CPS)</u>

Dear Mr. Weinstein:

  By this letter, the government supplements its prior discovery disclosure, dated July 27, 2009, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  Various additional statements by the defendant are enclosed and Bates-stamped 341 to 460.

  The government reiterates its request for reciprocal discovery.

  If you have any questions, please contact me.

       Sincerely,

       BENTON J. CAMPBELL
       UNITED STATES ATTORNEY

       <u>  /s/Cristina M. Posa    </u>
     By: Cristina M. Posa
       Assistant United States Attorney
       (718) 254-6668

cc:  Clerk of the Court (CPS) via ECF