UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AUG 20 2009

BEFORE: SIFTON, J.   DATE: _____   TIME: NOON

DOCKET #: CR-08-00747   TITLE: *U.S.A. v. Ehud Tenenbaum*

CR/ESR: Anthony Frisolone   DEPUTY CLERK: Stanley Kessler

INTERPRETER: _____   AUSA: Melissa Marrus - #6790
Christina Posa - #6668

DEF'T #1 NAME: Ehud Tenenbaum   ATT'Y: ~~Laura Jean Babcock, Esq.~~ Paul Weinstein
✓ Present __ Not Present ✓ In Custody   ✓ Present __ Not Present

CRIMINAL CAUSE FOR PLEADING

✓ Case called.
✓ Defendant _____ present with counsel.
__ Defendant _____ present without counsel.
__ Counsel present without defendant _____.
__ _____ interpreter _____ present.
✓ Defendant _____ sworn.
✓ The defendant is/~~are~~ advised of his/~~her/their~~ rights by the Court.
__ Waiver of indictment executed for defendant _____.
__ Information/Superseding indictment/information _____ filed.
__ Defendant _____ enters a plea of guilty to count _____ of superseding/indictment/information.
✓ Defendant _____ withdraws not guilty plea and enters a plea of guilty to count __2__ of ~~superseding~~/indictment/~~information~~.
✓ The Court finds a factual basis for the plea of guilty and accepts the plea.
__ The Court does not find a factual basis for the plea and does not accept the plea.
__ Pleading of defendant _____ continued to _____.
✓ Sentencing scheduled for 11-19-09 at 12:00 Noon.
✓ Defendant _____ cont'd in custody/~~on present bond~~.

_____
_____
_____
_____

TIME: 0/50